427 A.2d 1190

Commonwealth v. Cothran, Appellant.

Submitted September 13, 1979. George W. Berkelback, III, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, VAN der VOORT and WIEAND, JJ.*

Judgment of sentence affirmed.

427 A.2d 1190

Commonwealth v. Finklestein, Appellant.

Argued September 12, 1979. Gerald Pomerantz, for appellant; Ann Leibowitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

* Judge Donald E. Wieand is sitting by special designation.